UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: | Case No. 19 M 37 |
| The single family residence located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Chicago, Illinois, as further described in Attachment A-3 | Magistrate Judge Jeffrey Cummings<br><br>**UNDER SEAL** |

### ORDER

By prior Order in the above-captioned matter, this Court directed the government to file a redacted version of the Search Warrant and Application and Affidavit ("Documents") in this matter so that, following this Court's review and approval of those redacted documents, this Court would issue an order unsealing the redacted documents, with all other filings in the above-captioned matter to remain permanently sealed.

The Court found good cause to permanently seal the Documents, as redacted, to protect uncharged and innocent individual(s) referenced within the Documents from the genuine harm that could flow from public dissemination of allegations concerning them that the government made to the Court in support of its search warrant application. *See Matter of EyeCare Physicians of America,* 100 F.3d 514, 519 (7th Cir. 1996) (recognizing that "the privacy of the innocent . . . would be threatened" by unsealing of search warrant affidavits). By granting a permanent seal, the Court in its discretion is relieving the government from the obligation of having to file an endless series of extension motions and is minimizing the risk that allegations concerning innocent or uncharged persons might be revealed to the public through

some inadvertent oversight. *Id.,* at 517-18 (the decision as to whether to grant access to judicial records and documents, including the duration of time they may be sealed, is left to the discretion of the trial court).

The government has now filed a redacted version of the Search Warrant (Dkt. No. 22), a redacted version of the Search Warrant return (Dkt. No. 23) and a redacted version of the Application and Affidavit (Dkt. No. 24).

This Court has reviewed the redacted Documents and finds them acceptable for unsealing.

Accordingly, this Court HEREBY ORDERS:

A.  The District Court Clerk shall unseal this matter in a manner such that the redacted version of the Search Warrant (Dkt. No. 22), the redacted version of the Search Warrant return (Dkt. No. 23) and the redacted version of the Application and Affidavit (Dkt. No. 24) are the only pleadings that are publicly accessible;

B.  Other than the three redacted documents described in Paragraph A above, all other filings in the above-captioned matter, including the original Search Warrant and Application and Affidavit, shall remain permanently sealed; and

C.  Any redactions to the caption of the Search Warrant and Application and Affidavit shall likewise be made to the name of this matter on the publicly accessible docket.

    D.    This Order should not be understood to modify or affect any order by the District Court as to discovery and/or disclosure obligations in the charged case before the District Court. Nor should this Order be understood to modify or affect the government's statutory or constitutional disclosure obligations that may relate to the sealed and/or redacted documents, or the results of the search(es) itself.

ENTER:

_____
JEFFREY CUMMINGS
United States Magistrate Judge

DATE: 6/8/22